Jonathan A. Stieglitz, Esq. (SBN 278028)
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 Olympic Blvd., Suite 800
Los Angeles, CA 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsey Salagaj | Case No. 2:23-cv-002035 |
| Plaintiff, | **NOTICE OF RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| Insperity Holdings, Inc., et al and DOES 1-10, inclusive, | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lindsey Salagaj, notifies this Court and all parties and their counsel of record that it hereby voluntarily dismisses this lawsuit without prejudice.

Dated: April 24, 2023

Respectfully submitted,

**THE LAW OFFICES OF JONATHAN A. STIEGLITZ**
By: */s/ Jonathan A. Stieglitz*
Jonathan A. Stieglitz
11845 Olympic Blvd., Suite 800
Los Angeles, CA 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748

*Attorney for Plaintiff*